NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRENTAIR LAVENT BINGHAM,  )
                          )
         Appellant,        )
                          )
v.                        )     Case No. 2D18-245
                          )
STATE OF FLORIDA,         )
                          )
         Appellee.         )
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Michael F. Andrews,
Judge.

Trentair Lavent Bingham, pro se.


PER CURIAM.

          Affirmed.  See State v. Wayne, 531 So. 2d 160 (Fla. 1988); Bilyou v.

State, 404 So. 2d 744 (Fla. 1981); State v. Segarra, 388 So. 2d 1017 (Fla. 1980);

Broughton v. State, 929 So. 2d 1130 (Fla. 2d DCA 2006); Mearns v. State, 779 So. 2d

282 (Fla. 2d DCA 1998); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002).


KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.